Order entered November 8 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00689-CR

### GARY MYRE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 30519CC**

## ORDER

The Court **ORDERS** court reporter Lindsy Conrad to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 4, 8, and 9.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lindsy Conrad, Deputy Official Court Reporter, Collins Realtime Reporting, 1700 Pacific Avenue, Suite 2410, Dallas, Texas 75201, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE